**Dated: January 16, 2020**
**The following is SO ORDERED:**

_____
**Paulette J. Delk**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re:<br>MARQUITA LAFAYE BRADSHAW<br>Debtor(s)<br>SSN(1) XXX-XX-3644 | Chapter 13<br><br>Case No. 19-28907-D |

ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS
FOR SUFFICIENT GROUNDS

In this cause it appearing to the Court from the statements of Chapter 13 Trustee that the Trustee no longer believes there are sufficient grounds to dismiss the above referenced case and that good cause exists:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Trustee's Motion to Dismiss for sufficient grounds is hereby withdrawn.

/S/ George W. Stevenson
Chapter 13 Trustee

CC:  George W. Stevenson
FB
     MARQUITA LAFAYE BRADSHAW
     4371 FIZER CV
     MEMPHIS, TN  38117

     ARTHUR A BYRD JR ATTY