**Dated: January 31, 2020**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

IN RE:

    Marquita Lafaye Bradshaw          CASE NO.:   19-28907
                                                  CHAPTER   13
Debtor(s)

_____

ORDER GRANTING EXPEDITED MOTION TO APPROVE LOAN MODIFICATION FOR
RESIDENTIAL MORTGAGE
_____

    The Motion of the above named debtor, Marquita Lafaye Bradshaw, to approve the loan modification for the property at 4371 Fizer Cove, Memphis, TN 38117 is GRANTED. Debtor shall make monthly mortgage payments of $633.69 directly to the lender, Pennymac Loan Service, PO Box 514387, Los Angeles, CA 90051 and any prepetition arrears are cured. The modification agreement is incorporated herein by reference. This modification should greatly assist the debtor in the successful completion of the chapter 13 case, and other creditors are not adversely affected by this change.

**IT IS THEREFORE ORDERED AND DECREED THAT**:

1. The Debtor shall make ongoing mortgage payments directly to the lender Pennymac Loan Service, PO Box 514387, Los Angeles, CA  90051.

2. The Trustee should cease making payments on the prepetition mortgage arrearage claim, if any, and any arrearage claim shall be deleted.  The trustee should cease making payments on the ongoing mortgage payments, and the ongoing payment shall be deleted from Debtor's Chapter 13 plan.

3. The Trustee is to enter plan payment changes and payroll deduction orders consistent with this order.

4. The Bankruptcy Court Clerk shall cause a copy of this Order and Notice to be sent to the above debtor(s); debtor(s) attorney; the Standing Chapter 13 Trustee; all scheduled creditors, and any other parties in interest.


APPROVED FOR ENTRY:

/s/ Arthur A. Byrd Jr.
Arthur A Byrd Jr. (029081)
Attorney for Debtor
116 Mulberry Street East
Collierville, TN  38017
(901)848-2549



 /s/ George W. Stevenson
George W Stevenson
Chapter 13 Trustee


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Order has been served upon all interested parties per the Creditor Matrix, via regular U.S. Mail, postage prepaid, this January 30, 2020.

    /s/ Arthur A. Byrd Jr.
Arthur A. Byrd Jr.