**Dated: July 02, 2020**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

_____

IN RE:

     Marquita Lafaye Bradshaw

                                   CASE NO.:   19-28907
                                   CHAPTER    13

Debtor(s)

_____

ORDER GRANTING MOTION TO INCUR ADDITIONAL DEBT

_____

       The Motion of the above named Debtor, Marquita Lafaye Bradshaw, to Incur Additional

Debt up to $15,000.00 for a new vehicle is GRANTED.

       It is hereby ORDERED and DECREED that Debtor may incur additional debt up to

$15,000.00 for a new vehicle and repay the same outside of the Debtor's Chapter 13 Plan. The

Chapter 13 Trustee shall proceed with further administration of this case to effectuate this Order.

Cc:      Debtor
           Attorney for Debtor
           Chapter 13 Trustee
           Matrix
           Other Known Parties in Interest, if any

Dated:  June-29-20 _____       /s/ Arthur A. Byrd Jr.
                                    Arthur A. Byrd Jr. (029081)
                                    Attorney for Debtor
                                    116 Mulberry Street East
                                    Collierville, TN  38017
                                    (901)848-2549

                                    /s/ George W. Stevenson

                                    Chapter 13 Trustee